UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMMAR MURQUS,

        Petitioner,                      CASE NO. 20-11121

v.

                                          Honorable Denise Page Hood

REBECCA ADDUCI, DETROIT
DISTRICT DIRECTOR OF BUREAU OF
IMMIGRATION AND CUSTOMS
ENFORCEMENT,

        Respondent.
_____/

**ORDER TO SHOW CAUSE AND CHANGE OF CAPTION**
**and**
**NOTICE OF HEARING**

The Petitioner brings this Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241.[1]  The Court has reviewed the Petition and deems that it is not appropriate for summary dismissal.

Pursuant to 28 U.S.C. § 2243, the Respondent shall file a response to the petition and Order to Show Cause within 20 days, along with relevant or supporting documentation on or before **June 17, 2020**.  A hearing is scheduled for **June 22, 2020, 9:30 a.m.**

In order to preserve the Court's jurisdiction over this matter, it is ordered that Petitioner's removal or deportation is hereby stayed until further order of the Court.  28 U.S.C. § 1651.  For good cause shown, the Government may move to vacate the stay.

---

[1] Petitioner cites 28 U.S.C. § 2254 (person in custody under state court judgment) on the first page of the Petition, but later cites to 28 U.S.C. § 2241 (person in custody under federal law) in the Petition.

A district court shall direct a writ of habeas corpus "to the person having custody of the person detained." 28 U.S.C. § 2243.  The ICE District Director for the district where a detention facility is located "has power over" alien habeas corpus petitioners.  *Roman v. Ashcroft*, 340 F.3d, 314, 320 (6th Cir. 2003).  Therefore it is ordered that the caption of this case is amended as shown above.

      SO ORDERED.


Dated: June 3, 2020                      s/Denise Page Hood
                                              DENISE PAGE HOOD
                                              CHIEF JUDGE


I hereby certify that a copy of the foregoing document was served on the parties and to counsel of record on this date, June 3, 2020, by electronic and/or ordinary mail, by fax (or email) to the United States Attorney.

                                               s/LaShawn Saulsberry
                                              Case Manager
                                              (313) 234-5167